UNITED STATES, RESPONDENT, *v.* JAMES SMITH, APPELLANT.

On petition for a rehearing, ante p. 232

*Mr. A. G. Sutherland,* for appellant.

*Mr. George S. Peters,* for respondent.

ZANE C. J.:

The defendant by his counsel moves the court for a rehearing of this appeal. The points made in this petition, and the arguments urged in their support, were presented by counsel in their arguments at the hearing, and were then duly considered, so far as we deemed their consideration necessary. We see no sufficient reason to change the conclusion reached at the former hearing.

The motion for a rehearing is denied.

BOREMAN, J., and HENDERSON, J., concurred.